United States Court of Appeals
For the Sixth Circuit

# Oral Argument Acknowledgment

Sixth Circuit Case No.: **17-6238**

Case Name: **Thomas** vs. **Schroer**

I will be presenting oral argument for:

- [ ] Appellant
- [ ] Petitioner
- [✔] Amicus Curiae
- [ ] Appellee
- [ ] Respondent
- [ ] Intervenor
- [ ] Other

Party Name/s:

**Marion B. Brechner First Amendment Project & Pennsylvania Center for the First Amendment**

Attorney's Name: **Eugene Volokh**

If you are substituting for another counsel, include that attorney's name here:

Argument Date: **Jan. 30, 2019**

**If you have not previously registered as an ECF filer
and filed an appearance form in this case, you must do both.**

Docketing Instructions:
First, select the *Event Category* of **Argument**.
Second, choose **argument acknowledgment**.

---

**CERTIFICATE OF SERVICE**

I certify that on **Jan. 6, 2019** the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ **Eugene Volokh**

---

Rev. 1/16